**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** HSI

**City** Plymouth

**County** Plymouth

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number  26-mj-4049-DHH
Search Warrant Case Number  _____
R 20/R 40 from District of  _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

Defendant Name: Robert James Meserve   Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

Alias Name: Robert J. Meserve III, Bobby Meserve

Address: 4 Benham Street, Plymouth, MA 02360

Birth date (Yr only): 1988   SSN (last 4#): 7247   Sex: M   Race: _____   Nationality: USA

**Defense Counsel if known:** _____   Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Luke A. Goldworm   Bar Number if applicable: 677657

Interpreter: ☐ Yes  ☑ No   List language and/or dialect: _____

Victims: ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

Matter to be SEALED: ☐ Yes  ☑ No

☑ Warrant Requested   ☐ Regular Process   ☑ In Custody

Location Status: Custody - Bergen County, NJ

Arrest Date: August 06, 2025

☐ Already in Federal Custody as of _____ in _____
☑ Already in State Custody at Bergen County, NJ Jail   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

Charging Document: ☑ Complaint   ☐ Information   ☐ Indictment

Total # of Counts: ☐ Petty ___   ☐ Misdemeanor ___   ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/11/2026   Signature of AUSA: _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Robert James Meserve

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | U.S.C. §§ 2251(a) and (e) | Sexual Exploitation of Children | 1 & 2 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013